# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **Case No. 12-CR-51-JHP** |
| | ) | |
| SHERRAN GLINN, | ) | |
| | ) | |
| *Defendant.* | ) | |

## NOTICE OF DISMISSAL

COMES NOW the plaintiff, United States of America, by and through United States

Attorney Mark F. Green and Assistant United States Attorney Gregory Dean Burris, and dismisses,

without prejudice, the Indictment returned on July 17, 2012, as to the defendant, pursuant to Rule

48(a) of the Federal Rules of Criminal Procedure, for the purpose of successful completion of a pre-trial

diversion.

MARK F. GREEN
United States Attorney

s/ Gregory Dean Burris
GREGORY DEAN BURRIS, OBA# 16995
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK   74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

LEAVE GRANTED FOR FILING:

James H. Payne
United States District Judge
Eastern District of Oklahoma